**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

LATRISA CARTER                                                                                              PLAINTIFF

v.                                              4:20-cv-00881-BRW-JJV

MONDUL, *et al*.                                                                                           DEFENDANTS

**ORDER**

On August 3, 2020, Plaintiff Latrisa Carter ("Plaintiff") filed a complaint pursuant to 42 U.S.C. § 1983 (Doc. No. 1). Plaintiff sued individuals she identified as employees of the Danville, Virginia, City Jail. (Doc. No. 1.)

The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Virginia pursuant to 28 U.S.C. § 1406(a) and 28 U.S.C. § 1391(b). Accordingly, the Clerk of the Court is directed to transfer this case within a reasonable time to the United States District Court for the Western District of Virginia.

IT IS SO ORDERED this 21st day of August 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE